THE HONORABLE MARC BARRECA
Chapter 7
Place: Marysville Municipal Court
1015 State Avenue
Marysville, WA 98270
Hearing Date: September 12, 2018
Time: 10:00 a.m.
Response Date: September 5, 2018

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

Jean Michale Guerin,

Debtor.

Chapter 7

CASE NO. 18-10438
TRUSTEE'S OBJECTION TO AMENDED EXEMPTIONS

## I. TRUSTEE'S OBJECTON TO AMENDED EXEMPTIONS

The trustee objects to the latest amendment to Schedule C that was filed on July 13, 2018 (docket #58). As already noted in a previous filed objection and memorandum (docket #22 and #29), the trustee objects again to the debtor claiming a "100% of fair market value, up to any applicable statutory limit," in any assets and allow him to "walk away" with the asset itself and potentially denying any benefit from any post-petition appreciation benefitting creditors. The trustee incorporates by reference the previously filed objection and memorandum. The court already sustained the trustee's objection on May 21, 2018 (docket #40). See Order Granting Trustee's Objection to Exemptions, attached as Exhibit 1. Therefore, the law of the case applies. The law of the case doctrine provides that "when a court decides upon a rule of law, that decision should continue to govern the same issues in subsequent stages in the same case." Arizona v. California, 460 U.S. 605, 618, 103 S.Ct. 1382, ___, 75 L.Ed.2d 318, ___(1983), decision supplemented 466 U.S. 144, 104 S.Ct. 1900, 80 L.Ed.2d 194 (1984). Even

TRUSTEE'S OBJECTION TO AMENDED
EXEMPTIONS - 1

MICHAEL P. KLEIN
Chapter 7 Trustee
330 Madison Ave. S., Suite 110
Bainbridge Island, WA 98110
(206) 842-3638

though a court has the discretion to revisit a prior decision, a court "should loathe to do so in the absence of extraordinary circumstances such as where the initial decision was 'clearly erroneous and would work a manifest injustice.'" <u>Christianson v. Colt Industries Operating Corp.</u>, 486 U.S. 800, 817, 108 S.Ct. 2166, ____, 100 L.Ed.2d 811, ___ (1988).

The debtor's counsel should be subject to sanctions since he continually persists that it is appropriate to claim an exemption of 100% of fair market value or the like. <u>See</u> <u>In re Gregory</u>, 487 B.R. 444, 454-455 (Bankr.E.D.N.C. 2013). The trustee suggests sanctions against debtor's counsel of $1,000.00 pursuant to Federal Rule of Bankruptcy Procedure 9011.

## II. CONCLUSION

The Trustee seeks the entry of an order consistent with the foregoing.

DATED this  6th  day of August, 2018.

　　　　　__/s/ Michael P. Klein__
　　　　　Michael P. Klein, Chapter 7 Trustee

## DECLARATION

I, Michael P. Klein, hereby declare as follows:

1. I make this declaration based upon my personal knowledge and I am competent to testify hereto.
2. I am the Chapter 7 trustee in this case. I have been a Chapter 7 panel trustee since 1998. I am also an attorney and a licensed real estate designated broker. I have owned and operated Bainbridge Real Properties, LLC located at 330 Madison Ave. S., Suite 110, Bainbridge Island, WA 98110 since 2006.

I declare that the foregoing is true under penalty of perjury of the laws of the State of Washington.

DATED this  6th  day of August, 2018.

　　__/s/ Michael P. Klein_____
　　Michael P. Klein

TRUSTEE'S OBJECTION TO AMENDED
EXEMPTIONS - 2

MICHAEL P. KLEIN
Chapter 7 Trustee
330 Madison Ave. S., Suite 110
Bainbridge Island, WA 98110
(206) 842-3638

Exhibit 1

**Below is the Order of the Court.**

Marc Barreca
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>Jean Michale Guerin,<br><br><br>Debtor. | Chapter 7<br><br>CASE NO. 18-10438<br><br>ORDER GRANTING TRUSTEE'S<br>OBJECTION TO EXEMPTIONS |

THIS MATTER having come regularly set before this Court that was set for hearing upon notice and motion by Michael P. Klein, the Chapter 7 trustee in this case ("trustee"). No objections were filed with the court. The court considered the pleadings that were filed, and now therefore it is

**ORDERED THAT**:

1. The trustee's objection to the debtor's blanket exemption claim that he is entitled to "100% of fair market value, up to any applicable limit" in any of his listed property is sustained.

2. ~~The debtor is required to file an amended Schedule C without the 100% of fair market value language or the like within seven days after entry of this order.~~

ORDER GRANTING TRUSTEE'S
OBJECTION TO EXEMPTIONS - 1

MICHAEL P. KLEIN
Chapter 7 Trustee
330 Madison Ave. S., Suite 110
Bainbridge Island, WA 98110
(206) 842-3638

/// End of Order ///

Presented by:

    /s/Michael P. Klein
Michael P. Klein, Chapter 7 Trustee

ORDER GRANTING TRUSTEE'S
OBJECTION TO EXEMPTIONS - 2

MICHAEL P. KLEIN
Chapter 7 Trustee
330 Madison Ave. S., Suite 110
Bainbridge Island, WA 98110
(206) 842-3638